```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

**ROBERT NEFF,**

      **Plaintiff,**

  vs.                          **Civil Action 2:09-CV-396**
                                   **Judge Holschuh**
                                   **Magistrate Judge King**

**ALLIED INTERSTATE, INC.,**

      **Defendant.**

## ORDER

This case has been reported settled.

**A status conference will be held on October 2, 2009, at 10:00 a.m., unless the dismissal entry is received prior to that time.**

If the case remains pending on that date, but no party appears for the conference, the Court will assume that the case is subject to dismissal and will order the case dismissed with prejudice.

September 1, 2009                        *s/Norah McCann King*
                                                Norah McCann King
                                      United States Magistrate Judge